[No. 57762-0-I. Division One. June 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LLOYD HIATT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02011-0, Linda C. Krese, J., entered February 10, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58229-1-I. Division One. June 25, 2007.]

*In the Matter of the Postsentence Review of* CHRISTOPHER LAUMEN, *Petitioner*.

Petition for postsentence review. *Denied* by unpublished per curiam opinion.

[No. 58326-3-I. Division One. June 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TINEIMALO V. TAUA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-01346-4, Michael S. Spearman, J., entered May 8, 2006. *Remanded* by unpublished per curiam opinion.

[No. 58651-3-I. Division One. June 25, 2007.]

VINCENT HUMPHREYS, *Appellant*, v. ROBERT J. KLEM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-07352-3, Larry E. McKeeman, J., entered July 25, 2006. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Appelwick, C.J., and Cox, J.